IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**MARCIE BIGGS,**

    **Plaintiff,**

v.                                                             CIVIL ACTION NO. 3:17-cv-2425
                                                             (Honorable Robert C. Chambers)

**CHASE BANK USA, N.A.,**

    **Defendant.**

## AGREED ORDER OF DISMISSAL, WITH PREJUDICE

Plaintiff Marcie Biggs ("Plaintiff") and defendant Chase Bank USA, N.A. ("Chase"), by their respective counsel, announce to the Court that this matter has been resolved and that all claims that were asserted or could have been asserted by Plaintiff against Chase have been fully resolved. Based upon their compromise, the parties jointly move the Court to dismiss the above-styled civil action, with prejudice, with each party to bear its own costs and attorneys' fees.

For good cause shown, and there being no objection thereto, it is hereby **ORDERED** that this case shall be, and is hereby, **DISMISSED, WITH PREJUDICE**. This case shall be **STRICKEN** and **REMOVED** from the docket of this Court.

The Clerk is hereby **DIRECTED** to send certified copies of this Order upon its entry to counsel of record as set forth below.

Entered this _6_ day of _Feb._, 2018.

                                                                 Robert C. Chambers, Chief Judge

**Submitted and Agreed to by:**

/s/ Benjamin K. Sheridan
Benjamin M. Sheridan (#11296)
*Counsel for Plaintiff*
Klein & Sheridan, LC
3566 Teays Valley Road
Hurricane, WV 25526
(304) 562-7111
Fax: (304) 562-7115
bsheridan@kswvlaw.com

/s/ Angela L. Beblo
Angela L. Beblo (#10345)
*Counsel for Defendant*
Spilman Thomas & Battle, PLLC
P.O. Box 273
Charleston, WV 25321
(304) 340-3800
Fax: (304) 340-3801
abeblo@spilmanlaw.com